# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                           NO. 2022 KW 0521

VERSUS

DENNIS CHARLES MISCHLER                              **AUGUST 2, 2022**

---

In Re:   Dennis Charles Mischler, applying for supervisory
         writs, 22nd Judicial District Court, Parish of St.
         Tammany, No. 553,758.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT